JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DERICK WARE, | Case No. CV 13-07249-DFM |
| Petitioner, | JUDGMENT |
| v. | |
| RICK HILL, Warden, | |
| Respondent. | |

Pursuant to the Court's Opinion and Order,

IT IS ADJUDGED that that this action is dismissed with prejudice.

Dated: August 5, 2014

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge

**ENTERED**
CLERK, U.S. DISTRICT COURT

August 5, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY